UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-09750-JJG-7 |
| | § | |
| ANTHONY A. GIRT | § | |
| MALINDA SUE GIRT | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/24/2015. The undersigned trustee was appointed on 11/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $3,385.33

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2.48 |
    | Bank service fees | $58.73 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,324.12 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/10/2016 and the deadline for filing government claims was 05/22/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $846.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $846.33, for a total compensation of $846.33[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $88.29, for total expenses of $88.29.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/17/2017      By:  /s/ Randall L. Woodruff
                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-09750-JJG-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | Date Filed (f) or Converted (c): | 11/24/2015 (f) |
| For the Period Ending: | 4/17/2017 | §341(a) Meeting Date: | 01/12/2016 |
| | | Claims Bar Date: | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Residential Real Estate 525 Park Avenue Anderson, IN 46012 Lot 28 in Ruddle's Addition | $60,800.00 | $0.00 | OA | $0.00 | FA |
| 2  Residential Income Real Estate 1924 Lindberg Road Anderson, IN 46012 | $58,100.00 | $0.00 | OA | $0.00 | FA |
| 3  Residential Income Real Estate 3002 Columbus Avenue Anderson, IN 46013 | $34,400.00 | $0.00 | OA | $0.00 | FA |
| 4  Residential Income Real Estate 2632 South Main Street Anderson, IN 46016 | $18,000.00 | $0.00 | OA | $0.00 | FA |
| 5  Residential Income Real Estate 137 S. 6th St. New Castle, IN 47362 | $27,300.00 | $0.00 | OA | $0.00 | FA |
| 6  Cash on hand | $25.00 | $25.00 | OA | $0.00 | FA |
| 7  Checking accounts and Financial deposits | $700.00 | $0.00 | OA | $0.00 | FA |
| 8  Household goods, Furniture Electronic equipment | $4,000.00 | $0.00 | OA | $0.00 | FA |
| 9  Family clothing | $400.00 | $0.00 | OA | $0.00 | FA |
| 10  TransAmerica Two policies Surrender values: Policy 5000035227: $1146.99 Policy 5000035226: $1332.44 | $2,885.53 | $0.00 | OA | $0.00 | FA |
| 11  PERF City of Anderson | $668.00 | $0.00 | OA | $0.00 | FA |
| 12  Girt's Archery & Outfitters, Inc. | $0.00 | $0.00 | OA | $0.00 | FA |
| 13  Koteewi Archery Sole proprietorship | $951.71 | $493.33 | | $493.33 | FA |
| 14  TMG Properties Sole proprietorship Management of rentals | $500.00 | $500.00 | OA | $0.00 | FA |
| 15  2001 Chevy Truck High mileage | $5,000.00 | $1,415.00 | | $1,415.00 | FA |
| 16  2010 Kia Van Average mileage | $7,500.00 | $0.00 | OA | $0.00 | FA |
| 17  Inventory in Archery business | $2,735.00 | $0.00 | OA | $0.00 | FA |
| 18  Bow coming from Mathews, Inc. for client. | $1,053.00 | $0.00 | OA | $0.00 | FA |
| 19  2015 tax refunds                (u) | $0.00 | $1,477.00 | | $1,477.00 | FA |
| **TOTALS (Excluding unknown value)** | **$225,018.24** | **$3,910.33** | | **$3,385.33** | **Gross Value of Remaining Assets** **$0.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-09750-JJG-7 | | **Trustee Name:** | Randall L. Woodruff |
| **Case Name:** | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | | **Date Filed (f) or Converted (c):** | 11/24/2015 (f) |
| **For the Period Ending:** | 4/17/2017 | | **§341(a) Meeting Date:** | 01/12/2016 |
| | | | **Claims Bar Date:** | 05/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/08/2016 | Debtors begin paying non-exempt value of assets to bankruptcy estate. Trustee will monitor payments to ensure completion in a reasonable time. |

**Initial Projected Date Of Final Report (TFR):**   10/30/2016         /s/ RANDALL L. WOODRUFF
**Current Projected Date Of Final Report (TFR):**                      RANDALL L. WOODRUFF

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-09750-JJG-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7211 | Checking Acct #: | ******4262 |
| Co-Debtor Taxpayer ID #: | **-***7212 | Account Title: | |
| For Period Beginning: | 11/24/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2016 | (13) | Anthony Girt | non-exempt value of archery business | 1129-000 | $493.33 | | $493.33 |
| 02/22/2016 | (15) | Girt, Anthony and Malinda | partial payment of equity in truck | 1129-000 | $200.00 | | $693.33 |
| 03/28/2016 | (19) | U.S.Treasury | debtors' 2015 fed tax ref ck | 1224-000 | $1,477.00 | | $2,170.33 |
| 04/05/2016 | (15) | Tony Girt | partial payment of non-exempt equity in '01 Chevy Trk | 1129-000 | $200.00 | | $2,370.33 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.62 | $2,366.71 |
| 05/17/2016 | (15) | Tony Girt | partial payment of non-exempt equity in truck | 1129-000 | $200.00 | | $2,566.71 |
| 05/17/2016 | (15) | Tony Girt | partial payment on non-exempt equity in truck | 1129-000 | $200.00 | | $2,766.71 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.07 | $2,762.64 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.30 | $2,758.34 |
| 07/14/2016 | (15) | Tony Girt | payment on balance due | 1129-000 | $311.00 | | $3,069.34 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.66 | $3,064.68 |
| 08/09/2016 | (15) | Anthony Girt | balance owed re truck | 1129-000 | $304.00 | | $3,368.68 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.26 | $3,363.42 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.23 | $3,358.19 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.40 | $3,352.79 |
| 11/04/2016 | 3001 | International Sureties, Ltd. | Bond # 016028270 | 2300-000 | | $2.48 | $3,350.31 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.21 | $3,345.10 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.38 | $3,339.72 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.38 | $3,334.34 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.85 | $3,329.49 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.37 | $3,324.12 |
| | | | **TOTALS:** | | $3,385.33 | $61.21 | $3,324.12 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,385.33 | $61.21 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,385.33 | $61.21 | |

| For the period of 11/24/2015 to 4/17/2017 | | For the entire history of the account between 02/08/2016 to 4/17/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,385.33 | Total Compensable Receipts: | $3,385.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,385.33 | Total Comp/Non Comp Receipts: | $3,385.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.21 | Total Compensable Disbursements: | $61.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.21 | Total Comp/Non Comp Disbursements: | $61.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 15-09750-JJG-7A    Doc 32    Filed 04/21/17    EOD 04/21/17 15:46:56    Pg 6 of 12

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 15-09750-JJG-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7211 | Checking Acct #: | ******4262 |
| Co-Debtor Taxpayer ID #: | **-***7212 | Account Title: | |
| For Period Beginning: | 11/24/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,385.33 | $61.21 | $3,324.12 |

| For the period of 11/24/2015 to 4/17/2017 | | For the entire history of the case between 11/24/2015 to 4/17/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,385.33 | Total Compensable Receipts: | $3,385.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,385.33 | Total Comp/Non Comp Receipts: | $3,385.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.21 | Total Compensable Disbursements: | $61.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.21 | Total Comp/Non Comp Disbursements: | $61.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDALL L. WOODRUFF

RANDALL L. WOODRUFF

**CLAIM ANALYSIS REPORT**

Page No: 1      Exhibit C

| Case No.: | 15-09750-JJG-7 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | | Date: | 4/17/2017 |
| Claims Bar Date: | 05/10/2016 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RANDALL L. WOODRUFF<br>115-A E. 9th Street<br>Anderson IN 46016 | 02/08/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $88.29 | $88.29 | $0.00 | $0.00 | $0.00 | $88.29 |
| | RANDALL L. WOODRUFF<br>115-A E. 9th Street<br>Anderson IN 46016 | 04/17/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $846.33 | $846.33 | $0.00 | $0.00 | $0.00 | $846.33 |
| 1 | FIRST MERCHANTS BANK, N.A.<br>c/o Paul J. Carroll<br>One Indiana Square, Suite 1500<br>Indianapolis IN 46204 | 02/10/2016 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Amended | 4110-000 | $0.00 | $17,726.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1A | FIRST MERCHANTS BANK, N.A.<br>c/o Paul J. Carroll<br>One Indiana Square, Suite 1500<br>Indianapolis IN 46204 | 02/10/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,728.16 | $17,728.16 | $0.00 | $0.00 | $0.00 | $17,728.16 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 02/16/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $107.59 | $107.59 | $0.00 | $0.00 | $0.00 | $107.59 |

**Claim Notes:**   (2-1) Money Loaned

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 02/27/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,989.15 | $6,989.15 | $0.00 | $0.00 | $0.00 | $6,989.15 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 02/27/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,841.71 | $8,841.71 | $0.00 | $0.00 | $0.00 | $8,841.71 |

| Case No.: | 15-09750-JJG-7 | | | | | | | | | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | | | | | | | | | | Date: | 4/17/2017 |
| Claims Bar Date: | 05/10/2016 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 03/25/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $269.61 | $269.61 | $0.00 | $0.00 | $0.00 | $269.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 05/10/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $245.11 | $245.11 | $0.00 | $0.00 | $0.00 | $245.11 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 05/10/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,975.85 | $1,975.85 | $0.00 | $0.00 | $0.00 | $1,975.85 |
| | | | | | | $54,817.96 | $37,091.80 | $0.00 | $0.00 | | $0.00 | $37,091.80 |

| | | |
|---|---|---|
| **Case No.** | 15-09750-JJG-7 | **Trustee Name:** Randall L. Woodruff |
| **Case Name:** | GIRT, ANTHONY A. AND GIRT, MALINDA SUE | **Date:** 4/17/2017 |
| **Claims Bar Date:** | 05/10/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $36,157.18 | $36,157.18 | $0.00 | $0.00 | $0.00 | $36,157.18 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $17,726.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $846.33 | $846.33 | $0.00 | $0.00 | $0.00 | $846.33 |
| Trustee Expenses | $88.29 | $88.29 | $0.00 | $0.00 | $0.00 | $88.29 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-09750-JJG-7
Case Name: ANTHONY A. GIRT
MALINDA SUE GIRT
Trustee Name: Randall L. Woodruff

| | Balance on hand: | $3,324.12 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | First Merchants Bank, N.A. | $17,726.16 | $0.00 | $0.00 | $0.00 |

| | Total to be paid to secured creditors: | $0.00 |
|---|---|---|
| | Remaining balance: | $3,324.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Randall L. Woodruff, Trustee Fees | $846.33 | $0.00 | $846.33 |
| Randall L. Woodruff, Trustee Expenses | $88.29 | $0.00 | $88.29 |

| | Total to be paid for chapter 7 administrative expenses: | $934.62 |
|---|---|---|
| | Remaining balance: | $2,389.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $2,389.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,389.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,157.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1A | First Merchants Bank, N.A. | $17,728.16 | $0.00 | $1,171.59 |
| 2 | Quantum3 Group LLC as agent for | $107.59 | $0.00 | $7.10 |
| 3 | Capital One Bank (USA), N.A. | $6,989.15 | $0.00 | $461.89 |
| 4 | Capital One Bank (USA), N.A. | $8,841.71 | $0.00 | $584.32 |
| 5 | Capital One NA | $269.61 | $0.00 | $17.82 |
| 6 | Portfolio Recovery Associates, LLC | $245.11 | $0.00 | $16.20 |
| 7 | Portfolio Recovery Associates, LLC | $1,975.85 | $0.00 | $130.58 |

|  | Total to be paid to timely general unsecured claims: | $2,389.50 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |